**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 16-1142**

————————

In Re: DOUGLAS SALATHA MILLER; MYRA SALMON MILLER,

              Debtors.

----------------------

CHRIS S. MILLER,

              Creditor – Appellant,

      v.

STEVEN G. TATE,

              Trustee - Appellee.

————————

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Martin K. Reidinger, District Judge. (1:15-cv-00247-MR; 15-40251)

————————

Submitted: May 26, 2016            Decided: May 31, 2016

————————

Before TRAXLER, Chief Judge, and NIEMEYER and FLOYD, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Chris S. Miller, Appellant Pro Se. Steven G. Tate, Appellee Pro Se.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chris Sealeath Miller appeals the district court's order dismissing his appeal from the bankruptcy court's order sustaining the trustee's objection to his claim in the bankruptcy case of Douglas Salatha Miller and Myra Salmon Miller. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. <u>Miller v. Tate</u>, No. 1:15-cv-00247-MR (W.D.N.C. Jan. 20, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>